# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JO LYNN CRADER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09-CV-1157 CAS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Terry I. Adelman, filed November 16, 2009. See 28 U.S.C. § 636(b). Defendant filed a motion to reverse and remand the case on November 12, 2009. The Magistrate Judge recommended that the Court grant defendant's request to remand the case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), to permit the Administrative Law Judge to reevaluate plaintiff's mental impairments and resulting limitations and, if necessary, obtain vocational expert testimony regarding plaintiff's ability to work in the national economy. The Magistrate Judge stated that plaintiff had represented that she did not oppose defendant's motion to remand. No objections to the Report and Recommendation have been filed, and the time to do so has passed.

After careful review of the matter, the Court concurs with the recommendation of the Magistrate Judge that this matter be remanded for further administrative proceedings pursuant to sentence four 42 U.S.C. § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 15]

**IT IS FURTHER ORDERED** that the defendant's Motion to Reverse and Remand is **GRANTED**. [Doc. 13]

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED**.

**IT IS FURTHER ORDERED** that pursuant to sentence four of 42 U.S.C. § 405(g), this case is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

An appropriate judgment of remand will accompany this order.

                                                    */s/ Charles A. Shaw*
                                                    **CHARLES A. SHAW**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated this  2nd  day of December, 2009.